IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SAMANTHA WISE, | * | |
| Plaintiff, | * | |
| v. | * | CV 614-069 |
| COLLINS MOBILE HOME SALES, INC.; COLLINS HOLDING COMPANY; COLLINS WELL DRILLING; and ELI COLLINS, INC., | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 33.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA